IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

vs.                                                              Case No.:1:07cr18-SPM

BROOKE ERIN THOMSON,

     Defendants.
_____/

## ORDER GRANTING MOTION TO CONTINUE SENTENCING

This cause comes before the Court on the "Brooke Erin Thomson's Motion to Continue Sentencing" (doc. 130).  As grounds, Defendant states that she would like to continue her cooperation with the Government by testifying at the trial scheduled on the same day as her sentencing.  Additionally, Defendant would like time to meet with a mental health professional who will testify at the sentencing hearing.  The Government does not oppose the motion to continue.

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1.    The Defendant's motion to continue (doc. 130) is hereby *granted*.

2.    Sentencing is reset for **Monday, April 7, 2008 at 1:30 p.m.** in Gainesville, Florida.

**DONE AND ORDERED** this twenty-fifth day of February, 2008.

          *s/ Stephan P. Mickle*
          Stephan P. Mickle
          United States District Judge