IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

vs.             Case No.:1:07cr18-SPM

BROOKE ERIN THOMSON,

    Defendant.
_____/

### ORDER GRANTING DEFENDANT'S MOTION

**THIS CAUSE** comes before the Court upon the "Motion for Order Allowing Mental Health Counselors Access to Defendant, Brooke Erin Thomson" (doc. 132). Defendant requests that mental health counselors be granted access to her for the purpose of conducing psychological examinations so that Defendant will be able to actively participate in her defense and prepare for her sentencing hearing before this Court. The Government does not oppose the granting of this motion.

Upon consideration, finding the request to be reasonable, it is accordingly

**ORDERED AND ADJUDGED** as follows:

1. The motion for access to Defendant at Levy County jail (doc. 132) is hereby *granted.*

2. Affiliates of the University of Florida Department of Forensic Psychiatry shall be granted access to Defendant in order to complete mental health examinations of Defendant while Defendant

is being held in custody at the Levy County jail.

3. In conducting the interviews, all affiliates must adhere to the procedural requirements established by the Levy County jail officials.

**DONE AND ORDERED** this <u>twenty-fifth</u> day of March, 2008.

<u>　　　s/ Stephan P. Mickle　　　</u>
Stephan P. Mickle
United States District Judge