**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF FLORIDA**
**GAINESVILLE DIVISION**

UNITED STATES OF AMERICA

vs.                                                Case No.:1:07cr18-SPM

BROOKE ERIN THOMSON,

      Defendants.
_____/

## <u>ORDER GRANTING MOTION TO CONTINUE SENTENCING</u>

This cause comes before the Court on the "Brooke Erin Thomson's Second Motion to Continue Sentencing" (doc. 155). As grounds, Defendant states that she would like to continue her cooperation with the Government by testifying at the trial of a co-defendant that is scheduled for April 28, 2008. Additionally, Defendant requests 45 days to complete meetings with a mental health professional who is scheduled to testify at Defendant's sentencing hearing. The Government does not oppose the granting of this motion to continue.

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1.      The Defendant's motion to continue (doc. 155) is hereby *granted*.

2.      Sentencing is reset for **Monday, June 2, 2008 at 1:30 p.m.** in Gainesville, Florida.

**DONE AND ORDERED** this <u>third</u> day of April, 2008.


      *s/ Stephan P. Mickle*
      Stephan P. Mickle
      United States District Judge