IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

vs.                                                        Case No.:1:07cr18-SPM

BROOKE ERIN THOMSON,

     Defendant.
_____/

## ORDER GRANTING MOTION TO CONTINUE SENTENCING

This cause comes before the Court on the "Brooke Erin Thomson's Third Motion to Continue Sentencing" (doc. 215). As grounds, Defendant states that she would like to continue her cooperation with the Government. This cooperation may include testifying at the trial of a co-defendant that begins on June 2, 2008. The Government does not oppose the granting of this motion to continue.

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1.     The Defendant's motion to continue (doc. 215) is hereby *granted*.

2.     Sentencing is reset for **Friday, June 6, 2008 at 2:00 p.m.** in Gainesville, Florida.

**DONE AND ORDERED** this second day of June, 2008.

    *s/ Stephan P. Mickle*
    Stephan P. Mickle
    United States District Judge