IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

vs.  Case No.:1:07cr18-SPM

BROOKE ERIN THOMSON,

     Defendant.
_____/

### ORDER GRANTING MOTION TO CONTINUE SENTENCING

This cause comes before the Court on the "Brooke Erin Thomson's Fourth Motion to Continue Sentencing" (doc. 219). As grounds, Defendant states that an essential witness is unavailable on June 9, 2008. The Government has represented to this Court that it does not oppose the granting of this motion.

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1. The Defendant's motion to continue (doc. 219) is hereby *granted*.

2. Sentencing is reset for **Monday, July 7, 2008 at 1;30 p.m.** in Gainesville, Florida.

**DONE AND ORDERED** this fifth day of June, 2008.

          *s/ Stephan P. Mickle*
          Stephan P. Mickle
          United States District Judge